B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clark, LeRoy A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Clark, Kimberly S** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1320** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9714** |
| Street Address of Debtor (No. and Street, City, and State):<br>**710 Germania Dr.**<br>**Apt. A**<br>**Ottawa, IL**          ZIP Code **61350** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**710 Germania Dr.**<br>**Apt. A**<br>**Ottawa, IL**          ZIP Code **61350** |
| County of Residence or of the Principal Place of Business:<br>**La Salle** | County of Residence or of the Principal Place of Business:<br>**La Salle** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)          Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Clark, LeRoy A** <br> **Clark, Kimberly S** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**   **/s/ Stephen J. West, Atty.**      **February 19, 2009** <br>   Signature of Attorney for Debtor(s)        (Date) <br>      **Stephen J. West, Atty. 02989794** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐   Yes, and Exhibit C is attached and made a part of this petition. <br> ■   No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ■   Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ■   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br><br>      _____ <br>      (Address of landlord) <br><br> ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clark, LeRoy A**<br>**Clark, Kimberly S** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ LeRoy A Clark__
Signature of Debtor   **LeRoy A Clark**

X __/s/ Kimberly S Clark__
Signature of Joint Debtor **Kimberly S Clark**

_____
Telephone Number (If not represented by attorney)

**February 19, 2009**
Date

### Signature of Attorney*

X __/s/ Stephen J. West, Atty.__
Signature of Attorney for Debtor(s)

**Stephen J. West, Atty. 02989794**
Printed Name of Attorney for Debtor(s)

**Stephen J. West**
Firm Name
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**
_____
Address

**815-434-7250  Fax: 815-434-0951**
Telephone Number

**February 19, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LeRoy A Clark**
        **Kimberly S Clark**                                Case No. _____

                                      Debtor(s)            Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ LeRoy A Clark**
                 **LeRoy A Clark**

Date:  **February 19, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LeRoy A Clark**
      **Kimberly S Clark**

Debtor(s)

Case No. _____

Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kimberly S Clark**
                       **Kimberly S Clark**
Date:   **February 19, 2009**

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **LeRoy A Clark
Kimberly S Clark**
_____     Case No. _____
Debtor(s)                                             Chapter      **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$31,000.00** | **Him 2007** |
| **$34,000.00** | **2008** |
| **$16,000.00** | **Her 2007** |
| **$0.00** | **2008** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Advantage Auto Sales** | **Monthly payment** | **$360.00** | **$7,100.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

**10. Other transfers**

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

7

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 19, 2009**                    Signature   **/s/ LeRoy A Clark**
                                                          **LeRoy A Clark**
                                                          Debtor

Date  **February 19, 2009**                    Signature   **/s/ Kimberly S Clark**
                                                          **Kimberly S Clark**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LeRoy A Clark,**
       **Kimberly S Clark**

                            Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 9,010.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,100.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 227,897.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,519.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,508.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 9,010.00 | | |
| Total Liabilities | | | | 234,997.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **LeRoy A Clark,**
      **Kimberly S Clark**
                                            ,                     
                                    Debtors

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,519.00 |
| Average Expenses (from Schedule J, Line 18) | 2,508.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,036.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 100.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 227,897.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 227,997.00 |

B6A (Official Form 6A) (12/07)

.

In re    **LeRoy A Clark,**                                                        Case No. _____
         **Kimberly S Clark**
_____,
                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

_**0**_  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **LeRoy A Clark,**                                          Case No. _____
         **Kimberly S Clark**

                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | J | 10.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Wood Forest National Bank** | J | 100.00 |
| | | **Savings account - Streator Onized Credit Union** | J | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods, furniture & furnishings.** | J | 800.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 50.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **1,010.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LeRoy A Clark,**                                              Case No. _____
         **Kimberly S Clark**
                                                    ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **LeRoy A Clark,**                                                    Case No. _____
        **Kimberly S Clark**

                                                          ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
                              (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet** | **J** | **7,000.00** |
| | | **1997 Chevrolet Van** | **J** | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **8,000.00** |
| (Total of this page) | |
| Total > | **9,010.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **LeRoy A Clark,**                                               Case No. _____

          **Kimberly S Clark**

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **The necessary wearing apparel, bible, school books and family pictures of the debtors, LeRoy A & Kimberly S Clark and the debtor's dependants;** | **735 ILCS 5/12-1001(a)** | **100.00** | **0.00** |
| **Personal property,household goods,furnishings,funds held by employer,funds on deposit, tax returns, other property listed on Schedule B not otherwise claimed as exempt.** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **0.00** |
| **The debtor's interest not to exceed $2,400 in value in any one motor vehicle.** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **0.00** |
| | Total: | **12,900.00** | **0.00** |

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **LeRoy A Clark,**                                                                    Case No. _____
          **Kimberly S Clark**
                                                                              ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | W | J C | | | | | | |
| Account No. **Advantage Auto Sales 4405 Frontage Rd. Peru, IL 61354** | J | | | | Security is a 2003 Chevrolet Van obtained in 2009 as purchase money security interest. | | X | | | |
| | | | | | Value $              **7,000.00** | | | | **7,100.00** | **100.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **7,100.00**   **100.00** |
| | Total (Report on Summary of Schedules) | **7,100.00**   **100.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **LeRoy A Clark,**                                                                                          Case No. _____
       **Kimberly S Clark**
                                                                           ,
                                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>__0__</u>    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **LeRoy A Clark,**
     **Kimberly S Clark**                                                    Case No. _____

                                                                    Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ace Hardware<br>% Marlin Integrated** | | J | Claim was incurred for collection account. | | X | | 123.00 |
| Account No. <br><br>**ACS Primaty Care Phys. MW<br>2620 Ridgewood Rd.<br>Akron, OH 44313** | | J | Claim was incurred for services. | | X | | 214.00 |
| Account No. 6150014815 <br><br>**Advance America<br>2860 N Columbus St.<br>Ottawa, IL 61350** | | J | Claim was incurred for loan. | | X | | 864.00 |
| Account No. <br><br>**Affinity Cash Loan<br>2620 Columbus St.<br>Ottawa, IL 61350** | | J | Claim was incurred for loan. | | X | | 1,804.00 |

__37__   continuation sheets attached

Subtotal
(Total of this page)           3,005.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29385-090210    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LeRoy A Clark,**
　　　　**Kimberly S Clark**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim was incurred for loan. | | | | |
| **Affinity Cash Loans** 16525 West 159th St. P.M.B 312 Lombard, IL 60148 | | J | | | | X | | 1,092.00 |
| Account No. 10326590 | | | | Claim was incurred for collection account | | | | |
| **AmerinIP** c/o State Collection Service 2509 S. Stoughton Rd. Madison, WI 53716 | | J | | | | X | | 617.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Ameristar Financial Co.** 1795 N. Butterfield Rd. Libertyville, IL 60048-1238 | | J | | | | X | | 10,709.00 |
| Account No. 815 431-0218 205 1 | | | | Claim was incurred for services. | | | | |
| **Ameritech** Bill Payment Center Chicago, IL 60663-0001 | | J | | | | X | | 174.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Ameritech FACC Illinois** % Collection Co of America 700 Longwater Dr. Norwell, MA 02061-1624 | | J | | | | X | | 1,421.00 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　(Total of this page)　　　　14,013.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**              Case No. _____
      **Kimberly S Clark**

                                        ,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Arturo D Tomas MD Ltd.**<br>**PO Box 732**<br>**Ottawa, IL 61350** | | J | | Claim was incurred for services. | | X | | 394.00 |
| Account No.<br><br>**Asset Acceptance assignee of Ballys**<br>**%Freedman Anselmo Lindberg, Rappe**<br>**PO Box 3228**<br>**Naperville, IL 60566-7228** | | J | | Claim was incurred for collection account. | | X | | 4,393.00 |
| Account No.<br><br>**Associated University Neurosurgeons**<br>**PO Box 3216**<br>**Springfield, IL 62708** | | J | | Claim was incurred for services. | | X | | 125.00 |
| Account No. **815 431-2552 D**<br><br>**AT&T**<br>**PO Box 8212**<br>**Aurora, IL 60572-8212** | | J | | Claim was incurred for services. | | X | | 7.00 |
| Account No. **815 313-5612**<br><br>**AT&T**<br>**PO Box 8212**<br>**Aurora, IL 60572-8212** | | J | | Claim was incurred for services. | | X | | 213.00 |

Sheet no. __2___ of __37__ sheets attached to Schedule of                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)              **5,132.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
**Kimberly S Clark**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3314111788801 | | | | Claim was incurred for collection account. | | | | |
| AT&T % Cavalry Portfolio Services, LLC PO Box 27288 Tempe, AZ 85282 | | | J | | | X | | 79.00 |
| Account No. 3508139824201 | | | | Claim was incurred for collection account. | | | | |
| AT&T Long Distance Morristown % Goggins & Lavintman, PA 3140 Neil Armstrong Blvd.;Suite 319 Eagan, MN 55121 | | | J | | | X | | 289.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| ATA Anesthesiologists % Creditors Discount & Audit Co. PO Box 213 Streator, IL 61364-0231 | | | J | | | X | | 70.00 |
| Account No. 67490 | | | | Claim was incurred for overdrawn account. | | | | |
| Bakelite Credit Union 311 E. Joliet St. Ottawa, IL 61350 | | | J | | | X | | 15.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Bhurji Singh, M.D.S.C. PO Box 379 Orland Park, IL 60462 | | | J | | | X | | 8.00 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

461.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
         **Kimberly S Clark**
                                                                              Case No. _____

                                                    _____,
                                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **BMG 2nd Video DVD Non Nixie** **% NCO Financial Systems Inc.** **PO Box 15630; Dept. 99** **Wilmington, DE 19850** | | | J | | | | X | | 48.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **BMG Music Service Club** **% Allied Interstate Inc.** **PO Box 5017** **New York, NY 10163** | | | J | | | | X | | 47.00 |
| Account No. | | | | | Claim was incurred for balance due on account. | | | | |
| **BMH Tiption** **% Medical Finc.** | | | J | | | | X | | 123.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Call Home America** **% NCO Financial Systems Inc.** **PO Box 17196** **Baltimore, MD 21297** | | | J | | | | X | | 197.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Cardinal Sleep Centers of America** **Dept. CH19064** **Palatine, IL 60055-0001** | | | J | | | | X | | 2,400.00 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,815.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LeRoy A Clark,**                                          Case No. _____
        **Kimberly S Clark**
        _____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Casey's** **% Trac-A-Chec, Inc.** **PO Box 2764** **Davenport, IA 52809-2764** | | J | | Claim was incurred for collection account. | | X | | 65.00 |
| Account No. **ILOTW-0009330S** **Cashland** **17 Triangle Park** **Cincinnati, OH 45246** | | J | | Claim was incurred for loan. | | X | | 416.00 |
| Account No. **Center for Reproductive** **% J&J Collections** **PO Box 841** **Joliet, IL 60434-0841** | | J | | Claim was incurred for collection account. | | X | | 466.00 |
| Account No. **Central IL Radiological Assoc** **% T-H Professional & Med Collection** **PO Box 10166** **Peoria, IL 61612-0166** | | J | | Claim was incurred for collection account. | | X | | 307.00 |
| Account No. **Central IL Radiological Assoc.** **5200 Reliable Pkwy.** **Chicago, IL 60686** | | J | | Claim was incurred for services. | | X | | 460.00 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,714.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,**
        **Kimberly S Clark**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **00LM209** **Chandok Raghu R** | | J | | | Claim was incurred for civil judgment. | | X | | 2,200.00 |
| Account No. **9010050601** **Charter One Bank Checking % Island National Group LLC PO Box 18009 Hauppauge, NY 11788-8809** | | J | | | Claim was incurred for collection account. | | X | | 404.00 |
| Account No. **21702576** **Chicago Tribune PO Box 6490 Chicago, IL 60680-6490** | | J | | | Claim was incurred for consumer goods. | | X | | 24.00 |
| Account No. **Choices 1000 E. Norris Dr. Ottawa, IL 61350** | | J | | | Claim was incurred for services. | | X | | 262.00 |
| Account No. **Circuit Court Clerk Kane Co % NCO Financial Systems Inc. PO Box 41417; Dept. 99 Philadelphia, PA 19101** | | J | | | Claim was incurred for collection account. | | X | | 58.00 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,948.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
　　　　　**Kimberly S Clark**                                                    Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **08 LM 143**<br><br>**Collection Professionals, Inc.**<br>**% Robert B. Steele, Atty.**<br>**PO Box 517**<br>**La Salle, IL 61301** | | | J | | Claim was incurred for civil judgment for multiple medical collection accounts. | | X | | 16,424.00 |
| Account No.<br><br>**Columbia House Company**<br>**% NCO Financial Systems Inc.**<br>**PO Box 41417; Dept. 99**<br>**Philadelphia, PA 19101** | | | J | | Claim was incurred for collection account. | | X | | 194.00 |
| Account No. **6554006018**<br><br>**Commonwealth Edison**<br>**% NCO Financial Systems Inc.**<br>**PO Box 41418; Dept. 13**<br>**Philadelphia, PA 19101** | | | J | | Claim was incurred for collection account. | | X | | 674.00 |
| Account No.<br><br>**Community Hospital of Ottawa**<br>**1100 E. Norris Dr.**<br>**Ottawa, IL 61350** | | | J | | Claim was incurred for services. | | X | | 23,809.00 |
| Account No.<br><br>**Community Hospital of Ottawa**<br>**% Creditor Discount & Audit**<br>**PO Box 213**<br>**Streator, IL 61364-0213** | | | J | | Claim was incurred for collection account. | | X | | 1,173.00 |

Sheet no. __7___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **42,274.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                                                   Case No. _____
          **Kimberly S Clark**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Claim was incurred for consumer goods | | | | |
| **Cooking Club of America** **P.O. Box 3526** **Minnetonka, MN 55343** | | J | | | | X | | 12.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Corinthian College** **% Global Acceptance Credit Co.** **PO Box 172800** **Arlington, TX 76003-2800** | | J | | | | X | | 1,421.00 |
| Account No. | | | | Claim was incurred for multiple collection accounts. | | | | |
| **Corporate Receivables, Inc.** **PO Box 32995** **Phoenix, AZ 85064-2995** | | J | | | | X | | 486.00 |
| Account No. **02520200** | | | | Claim was incurred for balance due on account. | | | | |
| **Cottonwood Financial Ltd.% Baker,** **Miller, Markoff & Krasny, LLC Attys** **11 S. LaSalle St., 19th Floor** **Chicago, IL 60603-1203** | | J | | | | X | | 1,867.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Credit Recovery, Inc.** **PO Box 916** **Ottawa, IL 61350** | | J | | | | X | | 989.00 |

Sheet no. __8___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,775.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **LeRoy A Clark,**                                                    Case No. _____
      **Kimberly S Clark**

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditors Discount & Audit Co.**<br>**PO Box 213**<br>**Streator, IL 61364** | | J | **Claim was incurred for multiple medical collection accounts.** | | X | | 13,744.00 |
| Account No.<br><br>**Dawn R. Miesner, DO**<br>**% Account Recovery Services, Inc.**<br>**PO Box 2526**<br>**Loves Park, IL 61132** | | J | **Claim was incurred for collection account.** | | X | | 241.00 |
| Account No.<br><br>**Delnor Community Hospital**<br>**% KCA Financial**<br>**PO Box 53**<br>**Geneva, IL 60134** | | J | **Claim was incurred for services.** | | X | | 1,001.00 |
| Account No. 51225<br><br>**Denny's #1164**<br>**% Check Rite Ltd.**<br>**7050 Union Park Ctr.**<br>**Midvale, UT 84047** | | J | **Claim was incurred for consumer goods.** | | X | | 27.00 |
| Account No. 391824CAR0622P090<br><br>**Diabetes Self-Management**<br>**PO Box 52890**<br>**Boulder, CO 80322-2890** | | J | **Claim was incurred for consumer goods.** | | X | | 14.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)        15,027.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
    **Kimberly S Clark**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dial Adjustment Bureau** <br> **960 MacArthur Blvd.** <br> **Mahwah, NJ 07495-0011** | | J | Claim was incurred for balance due on account. | | X | | 40.00 |
| Account No. <br><br> **Diesel Truck Training School** <br> **% LTD Financial Services, LP** <br> **7322 Southwest Freeway; Suite 1600** <br> **Houston, TX 77074** | | J | Claim was incurred for collection account. | | X | | 5,686.00 |
| Account No. 23528096 <br><br> **Directv** <br> **PO Box 78627** <br> **Phoenix, AZ 85062** | | J | Claim was incurred for services. | | X | | 364.00 |
| Account No. 734313 <br><br> **Disney Movie Club** <br> **PO Box 758** <br> **Neenah, WI 54957-0758** | | J | Claim was incurred for consumer goods. | | X | | 30.00 |
| Account No. <br><br> **Dr. Beatrice E. Mounts** <br> **% Crditor Discount & Audit** <br> **PO Box 213** <br> **Streator, IL 61364-0213** | | J | Claim was incurred for collection account. | | X | | 155.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,275.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,**
  **Kimberly S Clark**

Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Dr. JA Crowhurst, DPM % Credit Recovery Inc. PO Box 916 Ottawa, IL 61350 | | J | | | | X | | 120.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Dr. Sinha Upendra % Creditors Discount & Audit PO Box 213 Streator, IL 61364-0213 | | J | | | | X | | 1,385.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| DuPage Medical Group 1860 Paysphere Circle Chicago, IL 60674 | | J | | | | X | | 20.00 |
| Account No. **446** | | | | Claim was incurred for balance owed on account. | | | | |
| E.C.B. 3401 E. Truman Rd. Kansas City, MO 64127 | | J | | | | X | | 3,360.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Econo Foods % Telecheck Recovery Services, Inc. PO Box 17170 Denver, CO 80217-0170 | | J | | | | X | | 46.00 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,931.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
      **Kimberly S Clark**
                                         Debtors

Case No. _____

,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | J | | Claim was incurred for collection account. | | X | | |
| Edward Hospital % Merchants' Credit Guide Co. 223 W. Jackson Blvd. Chicago, IL 60606 | | | | | | | | | 479.00 |
| Account No. **08-LM-456** | | | J | | Claim was incurred for civil judgmetn | | | | |
| Eich Management Corporation c/o William P. Hintz, Attorney P.O. Box 539 La Salle, IL 61301 | | | | | | | | | 5,788.00 |
| Account No. | | | J | | Claim was incurred for balance owed on account. | | X | | |
| Elec Pmt Sol & Restaurantefund 3001 Bethel Rd. Suite 108 Columbus, OH 43220 | | | | | | | | | 177.00 |
| Account No. **36403** | | | J | | Claim was incurred for balance due on account. | | X | | |
| EMCC PO Box 8287 Boston, MA 02266-8287 | | | | | | | | | 5,367.00 |
| Account No. | | | J | | Claim was incurred for collection account. | | X | | |
| Erie Insurance Exchange % RMS PO Box 280431 East Hartford, CT 06128-0431 | | | | | | | | | 224.00 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,035.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,**
     **Kimberly S Clark**,
                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Claim was incurred for collection account | | | | |
| **Everest University - Brandon c/o NCO Financial Systems 470195 E. 7103002 New Berlin, WI 53151** | | J | | | | | X | | 5,126.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Express Information Services % Credit & Collection Solutions Inc PO Box 1013 Great Falls, MT 59403** | | J | | | | | X | | 882.00 |
| Account No. NIL996732 | | | | | Claim was incurred for consumer goods. | | | | |
| **Family Pantry % AAA Collection** | | J | | | | | X | | 69.00 |
| Account No. 322 | | | | | Claim was incurred for consumer goods. | | | | |
| **Family Pharmacy 920 West St. Peru, IL 61354** | | J | | | | | X | | 11.00 |
| Account No. 225374164 | | | | | Claim was incurred for consumer goods. | | | | |
| **Figi's 3200 S. Maple Ave. Marshfield, WI 54449** | | J | | | | | X | | 57.00 |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,145.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LeRoy A Clark,**
   **Kimberly S Clark**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **17769640569** <br><br> **Fingerhut** <br> **% Island National Group LLC** <br> **PO Box 18009** <br> **Hauppauge, NY 11788-8809** | | J | Claim was incurred for collection account. | | X | | 371.00 |
| Account No. **51275** <br><br> **Foremost Liquor Store** <br> **% Check Rite Ltd.** <br> **7050 Union Park Ctr.** <br> **Midvale, UT 84047** | | J | Claim was incured for consumer goods. | | X | | 74.00 |
| Account No. <br><br> **Fox Valley Family Practice Center** <br> **1300 Waterford Ave.** <br> **Aurora, IL 60504-5502** | | J | Claim was incurred for services. | | X | | 30.00 |
| Account No. <br><br> **Fox Valley Orthopaedic Assoc., S.C.** <br> **2525 Kaneville Rd.** <br> **Geneva, IL 60134-2578** | | J | Claim was incurred for services. | | X | | 50.00 |
| Account No. <br><br> **Fox Valley Vet Clinic** <br> **% Credit Recovery Inc.** <br> **PO Box 916** <br> **Ottawa, IL 61350** | | J | Claim was incurred for collection account. | | X | | 85.00 |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

610.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **LeRoy A Clark,**
      **Kimberly S Clark**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Garth I Brewer, DDS** <br>**% Certified Services Inc.** <br>**PO Box 177** <br>**Waukegan, IL 60079-0177** | | J | Claim was incurred for collection account. | | X | | 135.00 |
| Account No. <br><br>**George E. Dephillips, MDSC** <br>**Neurological Surgery** <br>**PO Box 610** <br>**Hinsdale, IL 60522-0610** | | J | Claim was incurred for services. | | X | | 27.00 |
| Account No. 6319640 <br><br>**Greater Suburban Accept.** <br>**% Wexler & Wexler** <br>**500 W. Madison St., Ste. 2910** <br>**Chicago, IL 60661** | | J | Claim was incurred for balance due on account. | | X | | 3,812.00 |
| Account No. <br><br>**Greenwich** <br>**% Asset Acceptance LLC** <br>**PO Box 2036** <br>**Warren, MI 48090** | | J | Claim was incurred for balance owed on repossession. | | X | | 11,799.00 |
| Account No. N-23-3-003-307 <br><br>**Handicapped & Disadvantaged Emp.** <br>**Central Accounting Office** <br>**2850 N. 24th St.; Suite 500-4** <br>**Phoenix, AZ 85008** | | J | Claim was incurred for balance owed on account. | | X | | 45.00 |

Sheet no. __15__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,818.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                                    Case No. _____
          **Kimberly S Clark**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Harlem Furniture** **% JBC Legal Group, PC** **2 Broad St.; 6th Floor** **Bloomfield, NJ 07003-2550** | | J | | | | X | | 525.00 |
| Account No. **97 LM 135** | | | | Claim was incurred for civil judgment. | | | | |
| **Harness New York St. Partnership** | | J | | | | X | | 1,337.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Hawthorne Architecture** **% Universal Fidelity LP** **PO Box 941911** **Houston, TX 77094-8911** | | J | | | | X | | 41.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **HCI Direct-Silkies Pantyhose** **% RMCB** **2269 S. Saw Mill River Rd.; Bldg. 3** **Elmsford, NY 10523** | | J | | | | X | | 16.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Healthcare Centers of Morris Hosp.** **Central Billing Office** **201 S. Wabena Ave., Suite C** **Minooka, IL 60447-8725** | | J | | | | X | | 30.00 |

Sheet no. __16__ of __37__ sheets attached to Schedule of       Subtotal       1,949.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LeRoy A Clark,**
   **Kimberly S Clark**
                                                                           Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Heartcare Midwest SC % T-H Professional & Med Collection PO Box 10166 Peoria, IL 61612-0166 | | J | | | | X | | 110.00 |
| Account No. | | | | Claim was incurred for consumer goods. | | | | |
| High Street Pharmacy, Inc. % I C System PO Box 64378 Saint Paul, MN 55164 | | J | | | | X | | 87.00 |
| Account No. 105300018 | | | | Claim was incurred for balance due on account. | | | | |
| Hilton Hotels Corporation 36574 Treasury Center Chicago, IL 60694-6500 | | J | | | | X | | 1,733.00 |
| Account No. | | | | Claim was incurred for insufficent funds. | | | | |
| Home Hardware 814 Clinton St. Ottawa, IL 61350 | | J | | | | X | | 71.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Hospital Radiology Service, S.C. #8 US Rte. 6 West Suite #2 Peru, IL 61354 | | J | | | | X | | 834.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 2,835.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
     **Kimberly S Clark**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2302898001430824** <br><br> **Household Tax Masters** <br> **PO Box 17487** <br> **Baltimore, MD 21297-1487** | | J | Claim was incurred for balance due on account. | | X | | 467.00 |
| Account No. <br><br> **Housing Authority - LaSalle County** <br> **525 E. Norris Dr.** <br> **Ottawa, IL 61350** | | J | Claim was incurred for collection account | | X | | 1,906.00 |
| Account No. <br><br> **Hunter C. Davis, DDS** <br> **230 W. Main St.** <br> **Ottawa, IL 61350** | | J | Claim was incurred for services. | | X | | 20.00 |
| Account No. <br><br> **IL Valley Primary Care** <br> **PO Box 426** <br> **Ottawa, IL 61350** | | J | Claim was incurred for services. | | X | | 483.00 |
| Account No. <br><br> **IL Valley Surgical Assoc SC** <br> **1209 Starfire Drive, Suite #3** <br> **Ottawa, IL 61350** | | J | Claim was incurred for services. | | X | | 2,446.00 |

Sheet no. __**18**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,322.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                          Case No. _____
         **Kimberly S Clark**
                                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for services | | | | |
| **IL Valley Surgical Assoc SC** **1209 Starfire Drive** **Suite #3** **Ottawa, IL 61350** | | J | | | | X | | 2,489.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **ILL Valley Pathologist** **% Collection Professionals** **PO Box 416** **La Salle, IL 61301-0416** | | J | | | | X | | 212.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Illinois Power** **% SCSI** **PO Box 6250** **Madison, WI 53716-0250** | | J | | | | X | | 197.00 |
| Account No. 815-488-0270.0 | | | | Claim was incurred for services. | | | | |
| **Illinois Valley Cellular** **200 Riverfront Dr.** **Marseilles, IL 61341** | | J | | | | X | | 88.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Illinois Valley Community Hospital** **925 West St.** **Peru, IL 61354** | | J | | | | X | | 11,488.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of                    Subtotal          14,474.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,** **Kimberly S Clark**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| Illinois Valley Radiology % Collection Professionals PO Box 416 La Salle, IL 61301-0416 | | | J | | | | X | | 267.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| Illinois Valley Radiology SC 4234 N. Brandywine Peoria, IL 61614-5563 | | | J | | | | X | | 1,467.00 |
| Account No. 0014798 | | | | | Claim was incurred for balance owed on account. | | | | |
| Illinois Vietnam Veterans, Inc. PO Box 1218 Decatur, IL 62525 | | | J | | | | X | | 15.00 |
| Account No. 01-067078-6468002-00 | | | | | Claim was incurred for services. | | | | |
| Insight Communications 115 N. Galena Ave. Dixon, IL 61021-2117 | | | J | | | | X | | 179.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| Internal Medicine Associates O 1703 Polaris Circle Ottawa, IL 61350 | | | J | | | | X | | 222.00 |

Sheet no. __20__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,150.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **LeRoy A Clark,**
    **Kimberly S Clark**
                                           ,

Case No. _____

                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>PO Box 219236<br>Kansas City, MO 64121** | | J | **Claim was incurred for 1040 income taxes for 1996.** | | X | | 1,918.00 |
| Account No. **X2254363**<br><br>**Iq Telecom<br>% Jolas & Associates, LLP<br>PO Box 4000<br>Mason City, IA 50401** | | J | **Claim was incurred for collection account.** | | X | | 106.00 |
| Account No. **35768**<br><br>**IQ Telecom/EZ Phone<br>3221 W. 127th St.<br>Blue Island, IL 60406** | | J | **Claim was incurred for services.** | | X | | 104.00 |
| Account No.<br><br>**J&L Oil<br>% Check It<br>PO Box 6264<br>Rockford, IL 61125-1264** | | J | **Claim was incurred for collection account.** | | X | | 106.00 |
| Account No.<br><br>**JC Penney<br>PO Box 27570<br>Albuquerque, NM 87201** | | J | **Claim was incurred for consumer goods.** | | X | | 376.00 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,610.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re      **LeRoy A Clark,**                                                    Case No. _____
           **Kimberly S Clark**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for collection account. | | | | |
| **John A Gordon, Jr. DMD**<br>**% Monitor Financial Services, Inc.**<br>**PO Box 1104**<br>**Oswego, IL 60543** | | J | | | X | | |
| | | | | | | | 33.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Joliet Doctors Clinic**<br>**% Collection Professionals, Inc.**<br>**723 First St.**<br>**La Salle, IL 61301-2535** | | J | | | X | | |
| | | | | | | | 257.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Joliet Radiological Serv Corp**<br>**% CAB Services, Inc.**<br>**60 Barney Dr.**<br>**Joliet, IL 60435** | | J | | | X | | |
| | | | | | | | 23.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **KMB Service Corp.**<br>**PO Box 790129**<br>**Saint Louis, MO 63179-0129** | | J | | | X | | |
| | | | | | | | 168.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Kroger Check Recovery Center**<br>**% Helvey & Associates, Inc.**<br>**1015 E. Center St.**<br>**Warsaw, IN 46580-3497** | | J | | | X | | |
| | | | | | | | 210.00 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

691.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
         **Kimberly S Clark**                                                    Case No. _____

                                                    Debtors                                    ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Laboratory Corporation of America % AMCA PO Box 1235 Elmsford, NY 10523-0935** | | J | | | | X | | 231.00 |
| Account No. **472816** | | | | Claim was incurred for balance owed on account. | | | | |
| **Legacy Billing Services 10833 Valley View St. Suite 150 Cypress, CA 90630** | | J | | | | X | | 29.00 |
| Account No. **815-313-5612** | | | | Claim was incurred for services. | | | | |
| **MCI PO Box 600674 Jacksonville, FL 32260-0674** | | J | | | | X | | 64.00 |
| Account No. **3CX66574** | | | | Claim was incurred for services. | | | | |
| **MCI Telecommunications % NCO Financial Systems PO Box 41417  Dept. 99 Philadelphia, PA 19101** | | J | | | | X | | 1,267.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **MDP Radiologists 7808 College Dr. - 1SE Palos Heights, IL 60463** | | J | | | | X | | 160.00 |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,751.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LeRoy A Clark,**                                      Case No. _____
     **Kimberly S Clark**

                                                    Debtors                                      ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **8383912580249791-00** <br><br> **Mediacom** <br> **3900 26th Ave.** <br> **Moline, IL 61265-4999** | | J | | | Claim was incurred for services. | | X | | 978.00 |
| Account No. **8383 91 258 0266001** <br><br> **Mediacom** <br> **P.O. Box 5741** <br> **Carol Stream, IL 60197** | | J | | | Claim was incurred for services | | X | | 274.00 |
| Account No. **9444017270** <br><br> **Metlife Auto & Home** <br> **PO Box 41753** <br> **Philadelphia, PA 19101-1753** | | J | | | Claim was incurred for balance due on account. | | X | | 926.00 |
| Account No. **361581320** <br><br> **Metropolitan Prop & Cas Inc** <br> **% Premium Credit Corp** <br> **PO Box 750** <br> **Scottsdale, AZ 85252-0750** | | J | | | Claim was incurred for collection account. | | X | | 150.00 |
| Account No. <br><br> **Morris Hospital** <br> **Business Office** <br> **150 W. High St.** <br> **Morris, IL 60450-1497** | | J | | | Claim was incurred for services. | | X | | 1,460.00 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal          **3,788.00**
                                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                                              Case No. _____
      **Kimberly S Clark**
                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **MTCO Communications** **% Collection Professionals, Inc.** **723 First St.** **La Salle, IL 61301** | | J | | | | X | | 1,289.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Nationwide Cassel** **3435 N. Cicero Ave.** **Chicago, IL 60641-3782** | | J | | | | X | | 4,253.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **New Valley Emergency** **% Rob Brebner** | | J | | | | X | | 443.00 |
| Account No. 6-02-46-3741 2 | | | | Claim was incurred for services. | | | | |
| **Nicor Gas** **PO Box 310** **Aurora, IL 60507-0310** | | J | | | | X | | 503.00 |
| Account No. 0316904225 | | | | Claim was incurred for collection account. | | | | |
| **Nicor Gas** **% Asset Acceptance LLC** **PO Box 2036** **Warren, MI 48090-2036** | | J | | | | X | | 384.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)      **6,872.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                    Case No. _____
       **Kimberly S Clark**

                                     Debtors
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3553112000** | | | Claim was incurred for collection account. | | | | |
| **Nicor Gas % Asset Acceptance LLC PO Box 2036 Warren, MI 48090-2036** | | J | | | X | | 503.00 |
| Account No. **21021** | | | Claim was incurred for services. | | | | |
| **Oswego Fire Protection District Dept. 2q PO Box 457 Wheeling, IL 60090** | | J | | | X | | 350.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Ottawa Imaging LLC P.O. Box 2426 Ottawa, IL 61350** | | J | | | X | | 662.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Ottawa Imaging LLC P.O. Box 2426 Ottawa, IL 61350** | | J | | | X | | 581.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Ottawa Imaging, LLC PO Box 2426 Ottawa, IL 61350-2426** | | J | | | X | | 81.00 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                      (Total of this page)    **2,177.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
**Kimberly S Clark**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| Ottawa Medical Center % CB Accounts, Inc. PO Box 1289 Peoria, IL 61654-1289 | | J | | | | X | | 841.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Ottawa Regional Hosp & Healthcare C % Creditors' Discount & Audit Co. PO Box 213 Streator, IL 61364 | | J | | | | X | | 240.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Papa Johns % Collection Professionals, Inc. PO Box 416 La Salle, IL 61301-0416 | | J | | | | X | | 53.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Penn Foster % Oxford Management Services CS 9018 Melville, NY 11747 | | J | | | | X | | 995.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Peoria Pulmonary Asc Ltd % I.C. System, Inc. PO Box 64437 Saint Paul, MN 55164-0437 | | J | | | | X | | 675.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,804.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                                      Case No. _____
         **Kimberly S Clark**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Peru Anesthesia** **925 West St.** **Peru, IL 61354** | | J | | | | X | | 1,200.00 |
| Account No. | | | | Claim was incurred for services | | | | |
| **Prairie State Pulmonary & Sleep** **3077 W. Jefferson st.** **Suite 210 B** **Joliet, IL 60435** | | J | | | | X | | 680.00 |
| Account No. 5433-6287-4502-2495 | | | | Claim was incurred for collection account. | | | | |
| **Premier Bank Card LLC** **% CBCS** **PO Box 165025** **Columbus, OH 43216-5025** | | J | | | | X | | 368.00 |
| Account No. | | | | Claim was incurred for collection account | | | | |
| **Prepass/ACS Govt Solutions** **c/o NCO Financial Systems** **P.O. Box 15630** **Wilmington, DE 19850** | | J | | | | X | | 276.00 |
| Account No. 1180230 | | | | Claim was incurred for services. | | | | |
| **Prevena Mercy Center** **% H&R Accounts** | | J | | | | X | | 113.00 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **2,637.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                          Case No. _____
         **Kimberly S Clark**
                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Provena St. Joseph Med. Center % Medical Recover Specialists, Inc. 2350 E. Devon Ave., Ste. 225 Des Plaines, IL 60018** | | J | | | | | X | | 975.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Quest Diagnostics PO Box 64500 Baltimore, MD 21264-4500** | | J | | | | | X | | 6.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Quest Diagnostics Inc. % AMCA 2269 S. Saw Mill River Rd.; Bldg. 3 Elmsford, NY 10523** | | J | | | | | X | | 6.00 |
| Account No. | | | | | Claim was incurred for civil judgment. | | | | |
| **Raghu R. Chandok** | | J | | | | | X | | 1,310.00 |
| Account No. | | | | | Claim was incurred for consumer goods. | | | | |
| **Reader Service PO Box 9025 Buffalo, NY 14269-9025** | | J | | | | | X | | 14.00 |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,311.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**  
         **Kimberly S Clark**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Rezin Orthopaedic** **1051 W. Route 6** **Suite 100** **Morris, IL 60450** | | | J | | | | | X | 434.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Rezin Orthopedics Center** **% Collection Professionals, Inc.** **PO Box 841** **Joliet, IL 60434-0841** | | | J | | | | | X | 557.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Robert M. Aronson, M.D.** **PO Box 631** **Richton Park, IL 60471** | | | J | | | | | X | 225.00 |
| Account No. 6349554889 | | | | | Claim ws incurred for consumer goods. | | | | |
| **Rosatis Pizza** **% J & J Collection** **169 N. Ottawa St., Ste. 316** **Joliet, IL 60431** | | | J | | | | | X | 61.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Rush-Copley Med. Center** **PO box 352** **Aurora, IL 60507-0352** | | | J | | | | | X | 1,324.00 |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **2,601.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
         **Kimberly S Clark**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for multiple collection accounts. | | | | |
| Rush-Copley Mem. Hospital % Diversified Services PO Box 80185 Phoenix, AZ 85060 | J | | | | | X | | 1,580.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| S. M. O'Neal, DO 1703 Polaris Circle Ottawa, IL 61350 | J | | | | | X | | 166.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Sandwich Veterinary Hospital % Rockford Mercantile Agency PO Box 5847 Rockford, IL 61125-0847 | J | | | | | X | | 625.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| SBC % Asset Acceptance LLC PO Box 2036 Warren, MI 48090-2036 | J | | | | | X | | 1,141.00 |
| Account No. 815 431-0948 5309 | | | | Claim was incurred for collection account. | | | | |
| SBC Ameritech Consumer ILL % Collection Company of America 700 Longwater Drive Norwell, MA 02061 | J | | | | | X | | 443.00 |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,955.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**                                                    Case No. _____
      **Kimberly S Clark**

                                                      ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6305527885314** | | | | | Claim was incurred for collection account. | | | | |
| **SBC Illinois** **% Asset Acceptance LLC** **PO Box 2036** **Warren, MI 48090** | | | J | | | | X | | 1,420.00 |
| Account No. | | | | | Claim was incurred for loan. | | | | |
| **Short Term Loans LLC** **1400 E. Touhy Ave. #108** **Des Plaines, IL 60018** | | | J | | | | X | | 333.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **SleepMed Therapy Services, Inc.** **2230 Towne Lake Pkwy.** **Building 1000, Suite 150** **Woodstock, GA 30189** | | | J | | | | X | | 2,760.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **St. Mary's Hospital** **% Van Ru Credit Corp** **10024 Skokie Blvd.** **Skokie, IL 60077-1025** | | | J | | | | X | | 1,402.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **St. Mary's Hospital - Streator** **PO Box 4105** **Springfield, IL 62708-4105** | | | J | | | | X | | 4,414.00 |

Sheet no. __**32**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,329.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,**                    Case No. _____
        **Kimberly S Clark**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**St. Mary's Hospital - Streator**<br>**% State Collection Service Inc.**<br>**PO Box 6250**<br>**Madison, WI 53716-0250** | | J | Claim was incurred for collection account. | | X | | 263.00 |
| Account No. <br><br>**Steven C. Delheimer, MD**<br>**% Genesis Medical Mgmt.**<br>**1260 N. Crest Dr.**<br>**Rockford, IL 61107** | | J | Claim was incurred for collection account. | | X | | 5,475.00 |
| Account No. **03-LM-213**<br><br>**Steven Sheneman**<br>**5340 175th St.**<br>**Tinley Park, IL 60477** | | J | Claim was incurred for civil judgment | | X | | 1,927.00 |
| Account No. **3LM381**<br><br>**Steven Sheneman** | | J | Claim is for civil judgment. | | X | | 1,702.00 |
| Account No. <br><br>**Streator Drugs**<br>**% Creditors Discount & Audit Co.**<br>**PO box 213**<br>**Streator, IL 61364** | | J | Claim was incurred for collection account. | | X | | 131.00 |

Sheet no. __33__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal      **9,498.00**
                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **LeRoy A Clark,**                                                    Case No. _____
          **Kimberly S Clark**

                                                    ,
                                          Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Tabor Podiatry**<br>**% Credit Recovery, Inc.**<br>**PO Box 916**<br>**Ottawa, IL 61350** | J | | | Claim was incurred for multiple collection accounts. | | X | | 285.00 |
| Account No. <br><br>**Talarico Family Physicians**<br>**1050 E. Norris Dr.**<br>**Ottawa, IL 61350** | J | | | Claim was incurred for services | | X | | 340.00 |
| Account No. 8875709663 <br><br>**TCF National Bank**<br>**% ACC International**<br>**ACC Bldg.; 919 Estes Court**<br>**Schaumburg, IL 60193-4427** | J | | | Claim was incurred for collection account. | | X | | 791.00 |
| Account No. 815-313-5612 <br><br>**Telecom*USA a Verizon Company**<br>**PO Box 600674**<br>**Jacksonville, FL 32260-0674** | J | | | Claim was incurred for services. | | X | | 74.00 |
| Account No. 3210605950 <br><br>**The Cash Store Ltd.**<br>**1300 W. Walnut Hill Ln.**<br>**Suite 255**<br>**Irving, TX 75038** | J | | | Claim was incurred for loan. | | X | | 1,648.00 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           3,138.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LeRoy A Clark,**
    **Kimberly S Clark**
                                                ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Law Firm of Dreyer, Foote, Streit, Furgason & Slocum 1999 W. Downers Place Aurora, IL 60506** | | J | Claim was incurred for legal services. | | X | | 570.00 |
| Account No. <br><br> **Tim Bott % U-Stor-It 1435 Boyce Memorial Dr. Ottawa, IL 61350** | | J | Claim was incurred for past due rent. | | X | | 1,575.00 |
| Account No. <br><br> **Tri City Radiology SC % KCA Financial PO Box 53 Geneva, IL 60134** | | J | Claim was incurred for services. | | X | | 188.00 |
| Account No. **5259-8300-0469-1546** <br><br> **Tribute MasterCard % MCM Dept. 8870 Los Angeles, CA 90084-8870** | | J | Claim was incurred for collection account. | | X | | 700.00 |
| Account No. <br><br> **U.K. Sinha, Physical Therapy 16 Northpoint Dr. Streator, IL 61364** | | J | Claim was incurred for services. | | X | | 210.00 |

Sheet no. __35__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,243.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,**
   **Kimberly S Clark**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **704042580** | | | Claim was incurred for services. | | | | |
| **U.S. Cellular** **PO Box 0203** **Palatine, IL 60055-0203** | | J | | | X | | 337.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Upendra K Sinha, MD** **104 Sixth St.** **Suite 303** **Streator, IL 61364** | | J | | | X | | 1,386.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **US Cellular** **%Portfolio Recovery Associates, LLC** **PO Box 12914** **Norfolk, VA 23541** | | J | | | X | | 255.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **V. S. Teves, MD** **IL V. Pathologist** **PO Box 89** **Spring Valley, IL 61362** | | J | | | X | | 207.00 |
| Account No. 8154310218 | | | Claim was incurred for services. | | | | |
| **Vartec Telecom, Inc.** **PO Box 872025** **Kansas City, MO 64187-2025** | | J | | | X | | 15.00 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LeRoy A Clark,**
**Kimberly S Clark**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Viking Magazine Service** **% Credit & Collection Solutions Inc** **PO Box 1013** **Great Falls, MT 59403** | | J | | | | X | | 882.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Vital Care Physical Therapy** **% Midstate Collection Soltuions** **PO Box 3292** **Champaign, IL 61826-3292** | | J | | | | X | | 434.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Wenona Health Center, S.C.** **516 South Chestnut** **Wenona, IL 61377** | | J | | | | X | | 1,268.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,584.00 |
| | Total (Report on Summary of Schedules) | 227,897.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **LeRoy A Clark,**                                                          Case No. _____
        **Kimberly S Clark**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **LeRoy A Clark,**                                        Case No. _____
         **Kimberly S Clark**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **LeRoy A Clark**
**Kimberly S Clark**           Case No. _____
                       Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | **private care** |
| Name of Employer | **JB Hunt** | **Help At Home** |
| How long employed | **January 2008** | **November, 2008** |
| Address of Employer | **Chicago, IL** | **Ottawa, IL** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 2,182.00 | $ 223.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 2,182.00 | $ 223.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a. Payroll taxes and social security | | $ 455.00 | $ 19.00 |
|     b. Insurance | | $ 0.00 | $ 0.00 |
|     c. Union dues | | $ 0.00 | $ 6.00 |
|     d. Other (Specify): **Legal plan** | | $ 37.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 492.00 | $ 25.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,690.00 | $ 198.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Unemploymnet $164.00/week** | | $ 0.00 | $ 631.00 |
| | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ 631.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 1,690.00 | $ 829.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ 2,519.00 |

                                   (Report also on Summary of Schedules and, if applicable, on
                                   Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **LeRoy A Clark**
        **Kimberly S Clark**                                         Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 550.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 200.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 180.00 |
| d. Other   cable | | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 420.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 200.00 |
| 8. Transportation (not including car payments) | | $ | 340.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 88.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 360.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,508.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 2,519.00 |
| b.    Average monthly expenses from Line 18 above | $ | 2,508.00 |
| c.    Monthly net income (a. minus b.) | $ | 11.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **LeRoy A Clark**
     **Kimberly S Clark** _____   Case No. _____

                                                  Debtor(s)      Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__**51**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 19, 2009** _____      Signature    **/s/ LeRoy A Clark** _____
                                                           **LeRoy A Clark**
                                                             Debtor

Date   **February 19, 2009** _____      Signature    **/s/ Kimberly S Clark** _____
                                                             **Kimberly S Clark**
                                                             Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   **LeRoy A Clark**
**Kimberly S Clark** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **400.00** |
| Prior to the filing of this statement I have received | $ | **400.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 19, 2009** _____   **/s/ Stephen J. West, Atty.** _____
**Stephen J. West, Atty. 02989794**
**Stephen J. West**
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**
**815-434-7250   Fax: 815-434-0951**

---

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LeRoy A Clark**           Case No. _____
         **Kimberly S Clark**

               Debtor(s)        Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Advantage Auto Sales** | Describe Property Securing Debt:<br>**Security is a 2003 Chevrolet Van obtained in 2009 as purchase money security interest.** |
|---|---|

Property will be (check one):
    ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt              ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |
|---|---|---|

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   **February 19, 2009** _____      Signature    **/s/ LeRoy A Clark** _____
                                               **LeRoy A Clark**
                                               Debtor

Date   **February 19, 2009** _____      Signature    **/s/ Kimberly S Clark** _____
                                                 **Kimberly S Clark**
                                               Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LeRoy A Clark**
**Kimberly S Clark**

Case No. _____

Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **188**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 19, 2009**          **/s/ LeRoy A Clark**
                                      **LeRoy A Clark**
                                      Signature of Debtor

Date:  **February 19, 2009**          **/s/ Kimberly S Clark**
                                      **Kimberly S Clark**
                                      Signature of Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

   3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

   Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

   A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
   I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Stephen J. West, Atty. 02989794** | X **/s/ Stephen J. West, Atty.** | **February 19, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**628 Columbus Dr.
Rm. 102
Ottawa, IL 61350
815-434-7250**

### Certificate of Debtor
   I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **LeRoy A Clark**<br>**Kimberly S Clark** | X **/s/ LeRoy A Clark** | **February 19, 2009** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X **/s/ Kimberly S Clark** | **February 19, 2009** |
| | Signature of Joint Debtor (if any) | Date |

Ace Hardware
% Marlin Integrated


ACS Primaty Care Phys. MW
2620 Ridgewood Rd.
Akron, OH 44313


Advance America
2860 N Columbus St.
Ottawa, IL 61350


Advantage Auto Sales
4405 Frontage Rd.
Peru, IL 61354


Affinity Cash Loan
2620 Columbus St.
Ottawa, IL 61350


Affinity Cash Loans
16525 West 159th St.
P.M.B 312
Lombard, IL 60148


AmerinIP
c/o State Collection Service
2509 S. Stoughton Rd.
Madison, WI 53716


Ameristar Financial Co.
1795 N. Butterfield Rd.
Libertyville, IL 60048-1238


Ameritech
Bill Payment Center
Chicago, IL 60663-0001


Ameritech FACC Illinois
% Collection Co of America
700 Longwater Dr.
Norwell, MA 02061-1624


Arturo D Tomas MD Ltd.
PO Box 732
Ottawa, IL 61350

Asset Acceptance assignee of Ballys
%Freedman Anselmo Lindberg, Rappe
PO Box 3228
Naperville, IL 60566-7228


Associated University Neurosurgeons
PO Box 3216
Springfield, IL 62708


AT&T
PO Box 8212
Aurora, IL 60572-8212


AT&T
PO Box 8212
Aurora, IL 60572-8212


AT&T
% Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85282


AT&T Long Distance Morristown
% Goggins & Lavintman, PA
3140 Neil Armstrong Blvd.;Suite 319
Eagan, MN 55121


ATA Anesthesiologists
% Creditors Discount & Audit Co.
PO Box 213
Streator, IL 61364-0231


Bakelite Credit Union
311 E. Joliet St.
Ottawa, IL 61350


Bhurji Singh, M.D.S.C.
PO Box 379
Orland Park, IL 60462


BMG 2nd Video DVD Non Nixie
% NCO Financial Systems Inc.
PO Box 15630; Dept. 99
Wilmington, DE 19850

BMG Music Service Club
% Allied Interstate Inc.
PO Box 5017
New York, NY 10163


BMH Tiption
% Medical Finc.


Call Home America
% NCO Financial Systems Inc.
PO Box 17196
Baltimore, MD 21297


Cardinal Sleep Centers of America
Dept. CH19064
Palatine, IL 60055-0001


Casey's
% Trac-A-Chec, Inc.
PO Box 2764
Davenport, IA 52809-2764


Cashland
17 Triangle Park
Cincinnati, OH 45246


Center for Reproductive
% J&J Collections
PO Box 841
Joliet, IL 60434-0841


Central IL Radiological Assoc
% T-H Professional & Med Collection
PO Box 10166
Peoria, IL 61612-0166


Central IL Radiological Assoc.
5200 Reliable Pkwy.
Chicago, IL 60686


Chandok Raghu R

Charter One Bank Checking
% Island National Group LLC
PO Box 18009
Hauppauge, NY 11788-8809


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Choices
1000 E. Norris Dr.
Ottawa, IL 61350


Circuit Court Clerk Kane Co
% NCO Financial Systems Inc.
PO Box 41417; Dept. 99
Philadelphia, PA 19101


Collection Professionals, Inc.
% Robert B. Steele, Atty.
PO Box 517
La Salle, IL 61301


Columbia House Company
% NCO Financial Systems Inc.
PO Box 41417; Dept. 99
Philadelphia, PA 19101


Commonwealth Edison
% NCO Financial Systems Inc.
PO Box 41418; Dept. 13
Philadelphia, PA 19101


Community Hospital of Ottawa
1100 E. Norris Dr.
Ottawa, IL 61350


Community Hospital of Ottawa
% Creditor Discount & Audit
PO Box 213
Streator, IL 61364-0213


Cooking Club of America
P.O. Box 3526
Minnetonka, MN 55343

Corinthian College
% Global Acceptance Credit Co.
PO Box 172800
Arlington, TX 76003-2800


Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064-2995


Cottonwood Financial Ltd.% Baker,
Miller, Markoff & Krasny, LLC Attys
11 S. LaSalle St., 19th Floor
Chicago, IL 60603-1203


Credit Recovery, Inc.
PO Box 916
Ottawa, IL 61350


Creditors Discount & Audit Co.
PO Box 213
Streator, IL 61364


Dawn R. Miesner, DO
% Account Recovery Services, Inc.
PO Box 2526
Loves Park, IL 61132


Delnor Community Hospital
% KCA Financial
PO Box 53
Geneva, IL 60134


Denny's #1164
% Check Rite Ltd.
7050 Union Park Ctr.
Midvale, UT 84047


Diabetes Self-Management
PO Box 52890
Boulder, CO 80322-2890


Dial Adjustment Bureau
960 MacArthur Blvd.
Mahwah, NJ 07495-0011

Diesel Truck Training School
% LTD Financial Services, LP
7322 Southwest Freeway; Suite 1600
Houston, TX 77074


Directv
PO Box 78627
Phoenix, AZ 85062


Disney Movie Club
PO Box 758
Neenah, WI 54957-0758


Dr. Beatrice E. Mounts
% Crditor Discount & Audit
PO Box 213
Streator, IL 61364-0213


Dr. JA Crowhurst, DPM
% Credit Recovery Inc.
PO Box 916
Ottawa, IL 61350


Dr. Sinha Upendra
% Creditors Discount & Audit
PO Box 213
Streator, IL 61364-0213


DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


E.C.B.
3401 E. Truman Rd.
Kansas City, MO 64127


Econo Foods
% Telecheck Recovery Services, Inc.
PO Box 17170
Denver, CO 80217-0170


Edward Hospital
% Merchants' Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606

Eich Management Corporation
c/o William P. Hintz, Attorney
P.O. Box 539
La Salle, IL 61301


Elec Pmt Sol & Restaurantefund
3001 Bethel Rd.
Suite 108
Columbus, OH 43220


EMCC
PO Box 8287
Boston, MA 02266-8287


Erie Insurance Exchange
% RMS
PO Box 280431
East Hartford, CT 06128-0431


Everest University - Brandon
c/o NCO Financial Systems
470195 E. 7103002
New Berlin, WI 53151


Express Information Services
% Credit & Collection Solutions Inc
PO Box 1013
Great Falls, MT 59403


Family Pantry
% AAA Collection


Family Pharmacy
920 West St.
Peru, IL 61354


Figi's
3200 S. Maple Ave.
Marshfield, WI 54449


Fingerhut
% Island National Group LLC
PO Box 18009
Hauppauge, NY 11788-8809

Foremost Liquor Store
% Check Rite Ltd.
7050 Union Park Ctr.
Midvale, UT 84047


Fox Valley Family Practice Center
1300 Waterford Ave.
Aurora, IL 60504-5502


Fox Valley Orthopaedic Assoc., S.C.
2525 Kaneville Rd.
Geneva, IL 60134-2578


Fox Valley Vet Clinic
% Credit Recovery Inc.
PO Box 916
Ottawa, IL 61350


Garth I Brewer, DDS
% Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


George E. Dephillips, MDSC
Neurological Surgery
PO Box 610
Hinsdale, IL 60522-0610


Greater Suburban Accept.
% Wexler & Wexler
500 W. Madison St., Ste. 2910
Chicago, IL 60661


Greenwich
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090


Handicapped & Disadvantaged Emp.
Central Accounting Office
2850 N. 24th St.; Suite 500-4
Phoenix, AZ 85008

Harlem Furniture
% JBC Legal Group, PC
2 Broad St.; 6th Floor
Bloomfield, NJ 07003-2550


Harness New York St. Partnership


Hawthorne Architecture
% Universal Fidelity LP
PO Box 941911
Houston, TX 77094-8911


HCI Direct-Silkies Pantyhose
% RMCB
2269 S. Saw Mill River Rd.; Bldg. 3
Elmsford, NY 10523


Healthcare Centers of Morris Hosp.
Central Billing Office
201 S. Wabena Ave., Suite C
Minooka, IL 60447-8725


Heartcare Midwest SC
% T-H Professional & Med Collection
PO Box 10166
Peoria, IL 61612-0166


High Street Pharmacy, Inc.
% I C System
PO Box 64378
Saint Paul, MN 55164


Hilton Hotels Corporation
36574 Treasury Center
Chicago, IL 60694-6500


Home Hardware
814 Clinton St.
Ottawa, IL 61350


Hospital Radiology Service, S.C.
#8 US Rte. 6 West
Suite #2
Peru, IL 61354

Household Tax Masters
PO Box 17487
Baltimore, MD 21297-1487

Housing Authority - LaSalle County
525 E. Norris Dr.
Ottawa, IL 61350

Hunter C. Davis, DDS
230 W. Main St.
Ottawa, IL 61350

IL Valley Primary Care
PO Box 426
Ottawa, IL 61350

IL Valley Surgical Assoc SC
1209 Starfire Drive, Suite #3
Ottawa, IL 61350

IL Valley Surgical Assoc SC
1209 Starfire Drive
Suite #3
Ottawa, IL 61350

ILL Valley Pathologist
% Collection Professionals
PO Box 416
La Salle, IL 61301-0416

Illinois Power
% SCSI
PO Box 6250
Madison, WI 53716-0250

Illinois Valley Cellular
200 Riverfront Dr.
Marseilles, IL 61341

Illinois Valley Community Hospital
925 West St.
Peru, IL 61354

Illinois Valley Radiology
% Collection Professionals
PO Box 416
La Salle, IL 61301-0416


Illinois Valley Radiology SC
4234 N. Brandywine
Peoria, IL 61614-5563


Illinois Vietnam Veterans, Inc.
PO Box 1218
Decatur, IL 62525


Insight Communications
115 N. Galena Ave.
Dixon, IL 61021-2117


Internal Medicine Associates O
1703 Polaris Circle
Ottawa, IL 61350


Internal Revenue Service
PO Box 219236
Kansas City, MO 64121


Iq Telecom
% Jolas & Associates, LLP
PO Box 4000
Mason City, IA 50401


IQ Telecom/EZ Phone
3221 W. 127th St.
Blue Island, IL 60406


J&L Oil
% Check It
PO Box 6264
Rockford, IL 61125-1264


JC Penney
PO Box 27570
Albuquerque, NM 87201

John A Gordon, Jr. DMD
% Monitor Financial Services, Inc.
PO Box 1104
Oswego, IL 60543


Joliet Doctors Clinic
% Collection Professionals, Inc.
723 First St.
La Salle, IL 61301-2535


Joliet Radiological Serv Corp
% CAB Services, Inc.
60 Barney Dr.
Joliet, IL 60435


KMB Service Corp.
PO Box 790129
Saint Louis, MO 63179-0129


Kroger Check Recovery Center
% Helvey & Associates, Inc.
1015 E. Center St.
Warsaw, IN 46580-3497


Laboratory Corporation of America
% AMCA
PO Box 1235
Elmsford, NY 10523-0935


Legacy Billing Services
10833 Valley View St.
Suite 150
Cypress, CA 90630


MCI
PO Box 600674
Jacksonville, FL 32260-0674


MCI Telecommunications
% NCO Financial Systems
PO Box 41417  Dept. 99
Philadelphia, PA 19101


MDP Radiologists
7808 College Dr. - 1SE
Palos Heights, IL 60463

Mediacom
3900 26th Ave.
Moline, IL 61265-4999


Mediacom
P.O. Box 5741
Carol Stream, IL 60197


Metlife Auto & Home
PO Box 41753
Philadelphia, PA 19101-1753


Metropolitan Prop & Cas Inc
% Premium Credit Corp
PO Box 750
Scottsdale, AZ 85252-0750


Morris Hospital
Business Office
150 W. High St.
Morris, IL 60450-1497


MTCO Communications
% Collection Professionals, Inc.
723 First St.
La Salle, IL 61301


Nationwide Cassel
3435 N. Cicero Ave.
Chicago, IL 60641-3782


New Valley Emergency
% Rob Brebner


Nicor Gas
PO Box 310
Aurora, IL 60507-0310


Nicor Gas
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Nicor Gas
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Oswego Fire Protection District
Dept. 2q
PO Box 457
Wheeling, IL 60090


Ottawa Imaging LLC
P.O. Box 2426
Ottawa, IL 61350


Ottawa Imaging LLC
P.O. Box 2426
Ottawa, IL 61350


Ottawa Imaging, LLC
PO Box 2426
Ottawa, IL 61350-2426


Ottawa Medical Center
% CB Accounts, Inc.
PO Box 1289
Peoria, IL 61654-1289


Ottawa Regional Hosp & Healthcare C
% Creditors' Discount & Audit Co.
PO Box 213
Streator, IL 61364


Papa Johns
% Collection Professionals, Inc.
PO Box 416
La Salle, IL 61301-0416


Penn Foster
% Oxford Management Services
CS 9018
Melville, NY 11747


Peoria Pulmonary Asc Ltd
% I.C. System, Inc.
PO Box 64437
Saint Paul, MN 55164-0437

Peru Anesthesia
925 West St.
Peru, IL 61354


Prairie State Pulmonary & Sleep
3077 W. Jefferson st.
Suite 210 B
Joliet, IL 60435


Premier Bank Card LLC
% CBCS
PO Box 165025
Columbus, OH 43216-5025


Prepass/ACS Govt Solutions
c/o NCO Financial Systems
P.O. Box 15630
Wilmington, DE 19850


Prevena Mercy Center
% H&R Accounts


Provena St. Joseph Med. Center
% Medical Recover Specialists, Inc.
2350 E. Devon Ave., Ste. 225
Des Plaines, IL 60018


Quest Diagnostics
PO Box 64500
Baltimore, MD 21264-4500


Quest Diagnostics Inc.
% AMCA
2269 S. Saw Mill River Rd.; Bldg. 3
Elmsford, NY 10523


Raghu R. Chandok


Reader Service
PO Box 9025
Buffalo, NY 14269-9025

Rezin Orthopaedic
1051 W. Route 6
Suite 100
Morris, IL 60450


Rezin Orthopedics Center
% Collection Professionals, Inc.
PO Box 841
Joliet, IL 60434-0841


Robert M. Aronson, M.D.
PO Box 631
Richton Park, IL 60471


Rosatis Pizza
% J & J Collection
169 N. Ottawa St., Ste. 316
Joliet, IL 60431


Rush-Copley Med. Center
PO box 352
Aurora, IL 60507-0352


Rush-Copley Mem. Hospital
% Diversified Services
PO Box 80185
Phoenix, AZ 85060


S. M. O'Neal, DO
1703 Polaris Circle
Ottawa, IL 61350


Sandwich Veterinary Hospital
% Rockford Mercantile Agency
PO Box 5847
Rockford, IL 61125-0847


SBC
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


SBC Ameritech Consumer ILL
% Collection Company of America
700 Longwater Drive
Norwell, MA 02061

SBC Illinois
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090


Short Term Loans LLC
1400 E. Touhy Ave. #108
Des Plaines, IL 60018


SleepMed Therapy Services, Inc.
2230 Towne Lake Pkwy.
Building 1000, Suite 150
Woodstock, GA 30189


St. Mary's Hospital
% Van Ru Credit Corp
10024 Skokie Blvd.
Skokie, IL 60077-1025


St. Mary's Hospital - Streator
PO Box 4105
Springfield, IL 62708-4105


St. Mary's Hospital - Streator
% State Collection Service Inc.
PO Box 6250
Madison, WI 53716-0250


Steven C. Delheimer, MD
% Genesis Medical Mgmt.
1260 N. Crest Dr.
Rockford, IL 61107


Steven Sheneman
5340 175th St.
Tinley Park, IL 60477


Steven Sheneman


Streator Drugs
% Creditors Discount & Audit Co.
PO box 213
Streator, IL 61364

Tabor Podiatry
% Credit Recovery, Inc.
PO Box 916
Ottawa, IL 61350


Talarico Family Physicians
1050 E. Norris Dr.
Ottawa, IL 61350


TCF National Bank
% ACC International
ACC Bldg.; 919 Estes Court
Schaumburg, IL 60193-4427


Telecom*USA a Verizon Company
PO Box 600674
Jacksonville, FL 32260-0674


The Cash Store Ltd.
1300 W. Walnut Hill Ln.
Suite 255
Irving, TX 75038


The Law Firm of Dreyer, Foote,
Streit, Furgason & Slocum
1999 W. Downers Place
Aurora, IL 60506


Tim Bott
% U-Stor-It
1435 Boyce Memorial Dr.
Ottawa, IL 61350


Tri City Radiology SC
% KCA Financial
PO Box 53
Geneva, IL 60134


Tribute MasterCard
% MCM
Dept. 8870
Los Angeles, CA 90084-8870


U.K. Sinha, Physical Therapy
16 Northpoint Dr.
Streator, IL 61364

U.S. Cellular
PO Box 0203
Palatine, IL 60055-0203


Upendra K Sinha, MD
104 Sixth St.
Suite 303
Streator, IL 61364


US Cellular
%Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541


V. S. Teves, MD
IL V. Pathologist
PO Box 89
Spring Valley, IL 61362


Vartec Telecom, Inc.
PO Box 872025
Kansas City, MO 64187-2025


Viking Magazine Service
% Credit & Collection Solutions Inc
PO Box 1013
Great Falls, MT 59403


Vital Care Physical Therapy
% Midstate Collection Soltuions
PO Box 3292
Champaign, IL 61826-3292


Wenona Health Center, S.C.
516 South Chestnut
Wenona, IL 61377